ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AHMAD MIR MUDABER,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), *et al.*,<br><br>    Defendants. | C 3:24-cv-01459 LJC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before July 15, 2024. United States Citizenship and Immigration Services ("USCIS") re-interviewed Plaintiff on April 22, 2024. USCIS is working to complete adjudication of Plaintiff's application, which requires additional time for adjudication.

    The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4. Currently, if Plaintiff has not filed a motion for summary judgment by 90 days after the Complaint was filed, or June 10, 2024, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, or July 15, 2024. In light of the agreed-upon extension for Defendants' response to the

Complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by August 9, 2024, Defendants must file their motion for summary judgment by September 13, 2024. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: May 10, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 10, 2024

*/s/ Arash Yasrebi*
ARASH YASREBI
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 13, 2024

LISA J. CISNEROS
United States Magistrate Judge