1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  AHMAD MIR MUDABER,                        C 3:24-cv-01459 LJC

                 Plaintiff,
13
        v.                                    **SECOND STIPULATION TO EXTEND TIME**
14                                            **WITHIN WHICH DEFENDANTS MUST FILE A**
    U.S. CITIZENSHIP AND IMMIGRATION          **RESPONSE AND ORDER**
15  SERVICES (USCIS), *et al*.,

16               Defendants.

17

18      The parties, through their undersigned attorneys, hereby stipulate to an extension of time within

19  which the Defendants must serve the answer or otherwise respond in the above-entitled action.

20  Defendants will file their response on or before August 26, 2024.

21      Plaintiff filed this mandamus action seeking adjudication on his Form I-589, Application for

22  Asylum and Withholding of Removal.  On July 10, 2024, United States Citizenship and Immigration

23  Services issued a Notice of Intent to Deny ("NOID") on Plaintiff's application.  Plaintiff has until

24  July 26, 2024, to respond to the NOID.  In light of the agreed-upon extension for Defendants' response

25  to the Complaint, Defendants must file their motion for summary judgment by October 25, 2024.  In

26  accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed

27  herein concur in the filing of this document.

28
    Stipulation to Extend
    C 3:24-cv-01459 LJC                        1

1  Dated: July 15, 2024                                  Respectfully submitted,

2                                                        ISMAIL J. RAMSEY
                                                         United States Attorney
3

4                                                        */s/ Elizabeth D. Kurlan*
                                                         ELIZABETH D. KURLAN
5                                                        Assistant United States Attorney
                                                         Attorneys for Defendants
6

7  Dated: July 15, 2024

8                                                        */s/ Arash Yasrebi*
                                                         ARASH YASREBI
                                                         Attorney for Plaintiff
9

10

11                                **ORDER**

12        Pursuant to stipulation, IT IS SO ORDERED.

13
   Date: July 16, 2024
14

15                                                       LISA J. CISNEROS
                                                         United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

   Stipulation to Extend
   C 3:24-cv-01459 LJC                          2

1

**DECLARATION OF ELIZABETH KURLAN**

2

I, Elizabeth Kurlan, declare and state as follows:

3      1.      I am an Assistant United States Attorney in the United States Attorney's Office for the

4 Northern District of California and counsel of record for the federal Defendants in the above-captioned

5 action.

6      2.      On May 13, 2024, the Court granted the parties' first stipulation to extend time for

7 Defendants' response. *See* Dkt. No. 12.

8      3.      On July 15, 2024, my office conferred with Plaintiff's counsel following the agency's

9 issuance of the Notice of Intent to Deny, and we agreed to an extension of time for Defendants' response

10 to the complaint.

11      I declare under penalty of perjury under the laws of the United States of America that the

12 foregoing is true and correct.

13 DATED:  July 15, 2024

14

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend
C 3:24-cv-01459 LJC                                        3