ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AHMAD MIR MUDABER,<br><br>            Plaintiff,<br><br>   v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al*.,<br><br>            Defendants. | C 3:24-cv-01459 LJC<br><br>**THIRD STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

      The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before September 25, 2024.

      Plaintiff filed this mandamus action seeking adjudication on his Form I-589, Application for Asylum and Withholding of Removal. On August 2, 2024, United States Citizenship and Immigration Services received Plaintiff's responses to the Notice of Intent to Deny that the agency issued on Plaintiff's application. USCIS will review Plaintiff's responses and further adjudicate the application. In light of the agreed-upon extension for Defendants' response to the complaint, Defendants must file their motion for summary judgment by November 25, 2024.

Stipulation to Extend
C 3:24-cv-01459 LJC                          1

| | | |
|---|---|---|
| 1 | Dated: August 16, 2024 | Respectfully submitted,[1] |
| 2 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 4 | | */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | Dated: August 16, 2024 | |
| 8 | | */s/ Arash Yasrebi*<br>ARASH YASREBI<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 19, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 3:24-cv-01459 LJC                2